IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | No. CR19-4092-LTS-KEM |
| v. ) | DEFENDANT'S CONSENT TO INSPECTION OF PRESENTENCE INVESTIGATION REPORT BEFORE PLEA |
| SHAYNE DAVID YATES, ) | |
| Defendant. ) | |

COMES NOW, Defendant Shayne David Yates, to hereby consent to review of my presentence report by a judge at any time, including the time before entry or acceptance of a plea of guilty or nolo contendere or a finding of guilt.

I understand that I have the right under Federal Rule of Criminal Procedure 32(e)(1) not to have the Court review the presentence report until after I have pled guilty or nolo contendere, or have been found guilty, and I knowingly and voluntarily waive that right.

I have read, or had read to me, the foregoing consent and fully understand it. No promise has been made to me as to what the final disposition of my case will be, beyond any promises made in the plea agreement.

___4-10-20___  ___[signature]___
Date  Defendant

___4.10.20___  ___[signature]___
Date  Defendant's Attorney

2

Respectfully submitted,

FEDERAL DEFENDER'S OFFICE
701 Pierce Street, Suite 400
Sioux City, Iowa   51101
Telephone:   712-252-4158
Fax:   712-252-4194
E-mail:   Brad_Hansen@fd.org

By:   /s/ Brad Hansen
BRAD HANSEN
ATTORNEY FOR DEFENDANT

CERTIFICATE OF SERVICE
I hereby certify that on April 10, 2020, I filed this document via ECF, which will serve notice of its filing to AUSA Steenholdt.

/s/ Brad Hansen